JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JC GRAHAM,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES,<br><br>                Defendant. | Case No. 2:23-cv-04349-MCS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Dismissal Order, it is ordered, adjudged, and decreed that this case is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A). Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_Mark C. Scarsi_

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE